UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA LAN CHMURA,

    Plaintiff,

v.    Case No: 8:15-cv-1981-T-36TGW

NORTON, HAMMERSLEY, LOPEZ & SKOKOS, INVERSO PA, ACME INVESTMENT GROUP LLC, JOHN W. DEIDRE JAGO, SANCTUARY PELICAN POINTE HOA, PROGRESSIVE COMMUNITY MANAGEMENT, JUDD, ULRICH, SCARLETT, WICKMAN, SIMMONTI & DEAN PA and GENE, JOYCE COURTS,

    Defendants.

_____/

## **ORDER**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on September 10, 2015 (Doc. 10). In the Report and Recommendation, Magistrate Judge Wilson recommends that Plaintiff's complaint be dismissed without prejudice; Plaintiff be granted leave to amend within thirty (30) days; and Plaintiff be instructed to accompany the amended complaint with an explanation of why she cannot afford the filing fee. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)  The Report and Recommendation of the Magistrate Judge (Doc. 10) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)  Plaintiff's Complaint (Doc. 2) is **DISMISSED,** without prejudice.

(3)  Plaintiff is granted leave to file an amended complaint within thirty (30) days of this Order that complies with the Federal Rules of Civil Procedure.

(4)  Plaintiff is instructed to either pay the filing fee or accompany the amended complaint with an explanation of why she cannot afford the filing fee.

**DONE AND ORDERED** at Tampa, Florida on October 15, 2015.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record